FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Brandon Keith Jackson #451010
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. 20-02247

SECTION SECT. EMAG. 1

versus

"DR." Robert Cleveland
"Nurse" Michael Peters
"L.T" Randall Williams
"Mental Health" Floyd Brooks
"Warden" Billy Anderson
"Sgt. Larry Daigle" "L.T" Douglas Brooks

Print the full name of all defendants in this action.
DO NOT WRITE et al.

COMPLAINT

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )   No (✓)

TENDERED FOR FILING

AUG 12 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _Pauper_
Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____

   N/A

   Defendants _____

2. Court (If federal court, name of the district court; if state court, name the parish.) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

2

II. PLACE OF PRESENT CONFINEMENT: __Extended lock down__

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. __RiCiC-2020-382,__ ~~[redacted]~~

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? __yes__

D. If your answer is NO, explain why you have not done so: ____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) __Brandon Keith Jackson__
Prisoner Number __#451010__
Address __27268 Hwy 21 N  Angie, LA, 70426__
Date of Birth __8-14-83__
Date of Arrest __4-19-13__
Date of Conviction __9-24-13__

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B. Defendant **DR. Robert Cleveland** is employed as **Doctor** at **Rayburn Correctional Center**
Address for service: 27268 Hwy 21 N Angie, LA, 70426

C. Defendant **Michael Peters** is employed as **Nurse** at **Rayburn Correctional Center**
Address for service: 27268 Hwy 21 N Angie, LA, 70426

D. Defendant **Randall Williams** is employed as **Lieutenant** at **Rayburn Correctional Center**
Address for service: 27268 Hwy 21 N Angie, LA, 70426

E. Defendant **Floyd Brooks** is employed as **Mental Health** at **Rayburn Correctional Center**
Address for service: 27268 Hwy 21 N Angie, LA, 70426

F. Defendant **Billy Anderson** is employed as **Warden** at **Rayburn Correctional Center**
Address for service: 27268 Hwy 21 N Angie, LA, 70426

G. Defendant **Larry Daigle** is employed as **Sergeant** at **Rayburn Correctional Center**
Address for service: 27268 Hwy 21 N Angie, LA, 70426

H. Defendant **Douglas Brooks** is Employed As **Lieutenant** At **Rayburn Correctional Center**
Address for Service 27268 Hwy 21 N Angie, LA, 70426

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

ON 3-11-2020 iN the A.M, I WAS sick ANd very weAk, But I did Not kNow what was wroNg with me. As Sgt LArry DAigle WAS tAkiNg the leg IroN off my feet. I fell out, Stomach pAiN, HeAd Aches, Back pAiN, chroNic chest pAiNs, ANd full Body weAkNess. I WAS told NothiNg wAs wroNg with me by sgt LArry DAigle, L.T DouglAs, L.T Hill, MAJor WAde rigdoN, ANd L.T RANdAll WilliAms. ANd to get up. ONce they slAmmed me oN the Stretcher After seeiNg I could Not be put iN A wheel-chAir, I WAS tAkiNg to medicAl

→ see AttAched pAges

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I Ask the court to review my cAse, ANd AwArd me everythiNg I Suppose to Receive from these people DoiNg me wroNg. I kNow The Court will Rule iN fAvor of me cAuse I hAve All fAct iN my cAse. I Ask court to AwArd me DAmAge's for physicAl INJuries, As well As meNtAl INJuries, iN their INdividuAl cApAcity. ANd thAt I Be shipped AwAy from RAyBurN correctioNAl CeNteR, So No more RetAliAtioN cAN Be doNe to me ANymore... I would love for the court to order M.R.I's DoNe to my Neck ANd BAck

where they told DR. Robert Cleveland, Nurse Michael Peters, And EMT Justin Rester that nothing was wrong with me. DR. Cleveland, And the Nurse Michael Peters, And EMT Justin Rester said nothing is wrong with you, get up and walk back, I told them more then 3x that I could not walk. Once the L.T Williams told me he will write me up if I do not get off the stretcher. I was force to get up, But as I put my weight on my leg's I fell to the floor, And all of them laughed at me. And the DR Cleveland said you trying to hurt yourself, And called mental-health Floyd Brooks. Once mental health Floyd comes they tell him lie's about me trying to hurt myself, And He put me on Extreme suicide watch with four point restraints with Helmet. I was taken Back to the unit, where they lied saying I spit on L.T Hill, And I was physically dragged to the shower by L.T Randall Williams, L.T Brooks, Sgt. Larry Daigle, And was force to lay on a nasty shower floor. After Being in there for awhile, I was took back to medical, per order of Warden Billy Anderson, And the Doctor Cleveland did a Force cavity search of my Anus was conducted, And no contraband was found, As L.T Douglas Brooks, And L.T Williams Held me down. After all this was done I was sent back to my unit in an wheel chair, once in my cell, a few minutes or so and I fell again hurting my neck. I was sent to the Hospital

See Attach →

in Bogalusa, where after checking me, They put me in the same Ambulance and rushed to U.M.C Hospital in New Orleans where they admitted me and diagnosed me with syncope, influenza A, sinus tachycardia, Transaminitis, and hypertension. I stay in the Hospital for 4 days. I received Head, Neck, and Back chronic Injuries, Do to the making me get up, and fell all them times saying nothing was wrong when you seen I had High temp, and full Body weakness. I Received disciplinary write-up's and was sentence to 5 month's of Isolation where they take my mattress for 15 hours and 30 minutes a day for 5 month's, Forcing me to lay on Iron, and I Am still having Chronic Head, Neck, and Back pain. And I Am still having mental problem, Because I was molested at the Age 9, and if the Doctor would have did his Job, He would not had to do a force cavity search of my Anus. Now I have Night terror of Him raping me. Security, Medical, and mental Health Failed to Help me. They Denied me over, and over when they seen I could not help myself do anything I Normally could do on my own. They forced me over and over to fall Hurting myself. This all was done as Retaliation for pass A.R.P's, and Law suit that's pending. How I know? I was told this over and over from L.T Williams, L.T Brooks, Major Rigdon, L.T Hill. My Female BABY Sitter molested me, Now Night terror is killing my mind of All them molesting me...

Attach #3

I have Been denied medical treatment for my serious medical needs, And received Injuries physically due to Nurse peters, Dr. Cleveland, Mental Health floyd Brooks, L.T Williams, Sgt Larry Daigle, And Warden Billy Anderson Not treating me at All, when It was clear that I was ill. I was threaten into getting up And walk, or receive An disciplinary Report, But I was forced to seriously hurt myself, knowing I was too weak to do Anything like walk or stand. L.T Williams And Sgt. Daigle, pulled something in my Back the way they physically Dragged me in the Shower. Warden Anderson forced the Doctor to do that anus search, That causing Mental problems for me. Mental Health floyd Brooks force me on Suicide, If the Doctor would have did his Job None of this would have happened. They intentional denied Adequate medical care, By Them letting me know my Temperture was 102.8, And keep making me get up hurting myself is cruel And unusual punishment, And Deliberate indifference And sleeping on Iron Bed without mattress is cruel for 15 hours And 30 minutes A Day. I Received All these punishment Because of pass Events, And Retaliation for filing A.R.P's, And a lawsuit. On 3-11-20 I had A Serious medical Need, The medical condition disable me whereas it interfered with my daily Activities. I Am personally humiliated, I Had loss of liberty, mental Anguish, Retaliatory Isolation without mattress for 15 hours and 30 minutes A day for over 5 months. And possible Effect on parole.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __7Th__ day of __August__ 20__20__.

__Brandon Jackson #451010__
(Signature of Plaintiff)

04/2006

# A.R.P

To: Warden Robert Tanner
From: Brandon Jackson #451010

Place of incident: Sleet unit Infirmary
Date of incident: 3/11/20
Time of incident: 10:13 AM

## Complaint

On 3-11-2020 Approximately 10:13AM I was seen by medical due to having flu like symptoms. The medical department acted with deliberate indifference to my flu that exposed me to an unreasonable risk of serious harm. I could not even walk, I was weak and the officers were working with medical to deny me treatment, by telling the nurse's and DR. Cleveland that nothing was wrong with me; They kept telling me to get off the stretcher, But I was so weak when I tried to get off, and I fell to the floor. The medical department "EMT Justin rester, Nurse Michael Peters, Nurse Reed Wallace, and DR. Robert Cleveland", and all officers "Major Wade Rigdon, L.T Randall Williams, L.T Douglas Brooks, L.T Johnny Hill, used Mental Health Floyd Brooks, To further retaliate and deny me medical services, which was clearly what I needed. I passed out and hit my face, But instead of helping me, The officers medical, and mental health kept working together to deny me medical treatment, by putting me on 4 point restrints and suicide helmet. Now Before putting me in the cell on suicide, I was physically Dragged to the shower, LT Douglas, L.T Hill, Sgt larry Daigle And L.T Williams placed me on the floor of the shower, Then ordered me to my knee's which was something I could not do. Now sense I could not get up per Warden Billy Anderson order's, They was to place me into a wheel-chair, And be escorted to the infirmary for a forced visual body cavity search. Once there I was weaker then I was the last time I was in the infirmary. Major wade Rigdon, L.T Hill activated both Body camera's. At this time I was placed →

page 2

on the exam table by L.T Brooks, And LT Williams. EMT Justin Rester began Removing my clothing using medical shears, once my lower half of clothing was Removed, A forced visual body cavity search of my Anus was conducted by Dr. Robert Cleveland with no contraband found, once it was completed the Remainder of my clothing was Removed by L.T col Donnie Seal. DVR Reqested were filed for All incident's. Now the last time I fell, I hit my head and neck so badly, where they had to put A Neck Brace on me And Rush me to Bogalusa Hospital, once there for a few minutes, They said they had to rush me in the same Ambulance to U.M.C Hospital in New Orleans, once there U.M.C RAN All kind of test's, And was determined that I had the flu. But Rayburn medical Department kept denying me proper medical care when the symptom's of the flu was obvious, or corona Virus I was Admitted to U.M.C Hospital for 4 days. This All was done as Retaliation for All the A.R.P's And the lawsuit I have Now on Rayburn officers. How I know? I was told this over And over from L.T Randall Williams, Major Rigdon, L.T Brooks L.T Hill. I Been having mental problems, pain in neck, head, and Back

Relief:
Criminal, Civil, Administration liability

Submitted By: Brandon Jackson #451010
Submitted Date: 5/11/20

CASE NUMBER: RCC-2020-382

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: Jackson, Brandon 451010        Sleet 4
                                    Living Quarters

Response to request dated 05/18/2020, received in this office on 05/18/2020

Your complaint has been reviewed and investigated. Your medical record and the Unusual Occurrence Reports (UORs) from the day in question were also reviewed.

On March 11, 2020, at 9:25 am, while you were being unrestrained, you laid down on the floor stating that you hurt your neck. You were taken to the Infirmary via stretcher. You were examined by Nurse Michael Peters and Dr. Robert Cleveland, Health Care Authority. Your exam was normal with no injury noted. Once Dr. Cleveland cleared you to return your housing unit, you rolled off of the stretcher on to the floor. It was observed that you did not injure your head or neck. You were then placed on Extreme Suicide Watch with four point restraints.

At 11:16 am, as you were being escorted to Sleet Unit from the Infirmary on a stretcher, because you refused to bend your knees to be taken in a wheelchair, you became belligerent, cursing officers and spitting on them. Lt. Randall Williams and CSM Johnny Hill directed your face away from the officers while giving you orders to stop resisting. Your behavior continued until a spit mask was placed on you. After the use of force ceased, you unclasped the stretcher belt and intentionally rolled off the stretcher onto the floor before the officers could stop you. You were seen by Nurse Michael Peters in Sleet Unit lobby for a post use of force exam. You were upgraded from Extreme Suicide Watch with four point restraints to Extreme Suicide Watch with four point restraint with helmet.

You were ordered to walk to the shower for a visual body cavity search in accordance with Directive #4.5.1. You refused. Lt. Douglas Brooks placed his hands on you to escort you to the with assistance from Sgt. Larry Daigle. Once in the shower you continued to refuse all orders and to submit to the visual body cavity search. You were seen again by Nurse Michael Peters for a post use of force exam. You were then taken to the Infirmary for a forced visual body cavity search to be conducted by Dr. Cleveland. The visual body cavity search was conducted and revealed no contraband. You were seen by Nurse Reed Wallace for a post use of force exam after this incident and complained of chest pains. Dr. Cleveland was present and evaluated you and determined that the chest pain was not cardiac in origin and no treatment was necessary.

You were returned to your cell at 12:50 pm at which time you refused to get out of the wheelchair and go into your cell. You were assisted out of the chair and onto the bed by Lt. Randall Williams and Sgt. Larry Daigle. You were then restrained according to the Mental Health Management Orders. Emergency Medical Technician, Justin Rester conducted a post use of force exam and restraint check. No new injuries were noted.

At 1:21 pm you were let up from your bed to eat and use the toilet. When you were walking toward the toilet you fell striking your head on the wall when you attempted to get up you fell again striking your head on the toilet. You fell a third time before the cell entry team could enter your cell to assist you. You were evaluated by EMT Justin Rester and taken to the Infirmary. Upon examination by medical staff, you were transported to Our Lady of the Angels Hospital (OLOAH). OLOAH transferred you to Medical Center of Louisiana - New Orleans where you were admitted and diagnosed with syncope, influenza A, sinus tachycardia, transaminitis and hypertension. You were released from the hospital on March 15, 2020. Prior to this hospitalization, no fever was noted at your medical encounters which would have triggered an influenza test.

Separate Use of Force Reviews were conducted by Colonel Donnie Seal and it was determined that only the necessary amount of force was used to gain your compliance. The amount of force was well within the use of force guidelines. Your medical needs were met timely and appropriately. There is no evidence to support your complaints. Your request for remedy is denied.

6/23/2020

UNIT MANAGER

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: RCC-2020-382

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: Jackson, Brandon   451010                                            RCC
Offender Name and Number                                                 Living Unit

Response to Request Dated 06/24/2020, Received in this Office on 07/09/2020:

Your request for an Administrative review of ARP# RCC-2020-382 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

All pertinent documentation surrounding your request, including the unusual occurrence reports, statements provided by the security staff and your medical/mental health records have been reviewed. None of the documents reviewed support your allegations. Through your own actions, staff was forced to use only the amount of force necessary to bring you into compliance with the verbal orders issued to you by staff. Also, per your medical/mental health records, you had no injuries; however, once your assessment was completed you were placed on extreme suicide watch with four point restraints. The medical/mental health staff addressed your concerns in an appropriate manner and in accordance with DOC Health Care Policy. Medical/Mental Health opinion is controlling. The response provided is clear and concise, as well as has addressed your request appropriately. You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise. As such, this office concurs with staff and finds no further investigation warranted.

Your request for relief is denied.

_____7/20/20_____                              _____
           Date                                                  Secretary's Signature or His Designee

BRANdon JAckson #451010
R.C.C Sleet R-4 #11
27268 Hwy 21 N
ANgie, LA, 70426

Legal-Mail
Don't open

NOT CENSORED
Not Responsible for Contents
AUG 08 2020
RAYBURN CORRECTIONAL CENTER

CLERK'S OFFicE
United State District Court
Eastern District of Louisiana
500 Poydras St Rm. C151
NewOrleans, LA, 70130



US POSTAGE >>> PITNEY BOWES
ZIP 70426
02 4W
0000356989 AUG 08 2020
$ 008.25°

Legal-MAil
Don't open