UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON KEITH JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2247** |
| **DR. RONALD CLEVELAND, ET AL.** | **SECTION: E (1)** |

## ORDER

On March 8, 2021, the United States Magistrate Judge issued her Report and Recommendations.[1] No objection has been filed on the record. The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation[3] of the United States Magistrate Judge and adopts it as its own opinion.

**IT IS ORDERED** that that the above-captioned matter be **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this 6th day of April, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 22.
[2] *Id.*
[3] *Id.*